710 A.2d 1012

IN THE MATTER OF MARIE C. CHEN, AN ATTORNEY AT LAW.

June 17, 1998.

## ORDER

The Disciplinary Review Board on May 15, 1998, having filed with the Court its decision concluding that **MARIE C. CHEN** of **BOUND BROOK,** who was admitted to the bar of this State in 1986, and who thereafter was suspended from the practice of law for a period of three months effective April 15, 1996, and who remains suspended at this time, should be suspended from practice for an additional period of six months for violating *RPC* 1.1(a) and (b) (gross neglect and pattern of neglect), *RPC* 1.3 (lack of diligence), and *RPC* 1.4 (failure to communicate) in her handling of one matter, and good cause appearing;

It is ORDERED that **MARIE C. CHEN** is hereby suspended from the practice of law for a period of six months, effective May 1, 1998, and until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of her suspension and that she comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.